610

391 A.2d 687

Commonwealth v. Kahley, Appellant.

Submitted December 6, 1977. Robert F. Pappano, Assistant Public Defender, for appellant; Joseph J. Dougherty, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.